IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLESTER BILLS                                                                   PLAINTIFF

v.                         No. 3:17-cv-113-DPM

WELIRN RICHARDSON, Judge;
and CINDY THYER, Judge                                                      DEFENDANTS

### ORDER

**1.** Bills didn't pay the $400 filing and docketing fees or file an application to proceed *in forma pauperis*. If he doesn't do one or the other by 27 June 2017, then this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to send Bills a blank application to proceed *in forma pauperis* and certified calculation sheet with a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2017