# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLESTER BILLS**                                                                        **PLAINTIFF**

v.                                           No. 3:17-cv-113-DPM

**MELISSA* RICHARDSON, Judge;**
**and CINDY THYER, Judge**                                                               **DEFENDANTS**

## ORDER

Because I'm friends with Circuit Judges Thyer and Richardson, my impartiality in this case might reasonably be questioned. I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

28 June 2017

---

*The Court directs the Clerk to correct Judge Richardson's name on the docket.