IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLESTER BILLS**                                                                     **PLAINTIFF**

V.                      **CASE NO. 3:17-CV-113 JM**

**MELISSA RICHARDSON,** *et al*.                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 6th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE